Filing # 119933063 E-Filed 01/20/2021 03:02:57 PM

IN THE CIRCUIT COURT OF THE SEVENTH
JUDICIAL CIRCUIT, IN AND FOR FLAGLER
COUNTY, FLORIDA

CASE NO.: 2021 CA 000030

EUGENE FOUNTAINE,

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiff, EUGENE FOUNTAINE, by and through counsel undersigned, hereby files the following Complaint against STATE FARM MUTUAL INSURANCE COMPANY. (hereinafter "STATE FARM"), and says:

## JURISDICTION

1. This action is for money damages against Defendant STATE FARM for damages exceeding THIRTY THOUSAND AND NO/100 DOLLARS ($30,000.00).

2. Plaintiff, at all times relevant to this cause of action, is a resident of Ormond Beach, Volusia County, Florida.

3. The driver of the vehicle that struck EUGENE FOUNTAINE'S vehicle, Hekmat Ahmed, was residing in Flagler Beach, Flagler County, Florida at the time of the motor vehicle accident.

4. This cause of action arises out of a motor vehicle accident that occurred on August 21, 2019, on Old Kings Road and SR 100, in Palm Coast, Flagler County, Florida.

5. On August 21, 2019, EUGENE FOUNTAINE was southbound on Old Kings Road. As he approached the intersection of State Road 100, a Ford Focus driven by Hekmat Ahmed made a left turn in front of him. Hekmat Ahmed was northbound on Old Kings Road and was attempting to make a left in front of EUGENE FOUNTAINE.

6. Hekmat Ahmed negligently operated her motor vehicle that resulted in the collision between the vehicle she was operating and EUGENE FOUNTAINE'S motor vehicle. Both vehicles had a green through light. EUGENE FOUNTAINE was driving straight and had the right of way. Hekmat Ahmed was making a left turn and was obligated to yield to EUGENE FOUNTAINE.

7. At all times material hereto, STATE FARM had issued a policy of automobile insurance under which EUGENE FOUNTAINE was insured. This policy included uninsured/underinsured motorist coverage. Attached hereto is a copy of the insurance policy. See Exhibit 1.

8. Hekmat Ahmed did not have sufficient insurance coverage to pay for the injuries and related losses that she caused to EUGENE FOUNTAINE.

9. As a direct and proximate result of the aforementioned negligent actions of the underinsured tortfeasor, EUGENE FOUNTAINE has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, past and future expense of hospitalization, past and future cost of medical and nursing care and treatment. These losses are permanent and ongoing.

10. All conditions precedent have been met in this matter.

WHEREFORE, EUGENE FOUNTAINE seeks judgment against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY for damages, interest, costs, and such other relief as the Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues so triable.

Dated: January 20, 2021

>LAW OFFICE OF KATZ & GREEN
>By: /S/JEFFREY K. GREEN
>JEFFREY K. GREEN, ESQUIRE
>Florida Bar No.: 0829307
>linda@katzandgreen.com
>Atrium Suite'
>B. Paul Katz Professional Center
>1 Florida Park Drive South
>Palm Coast, Florida 32137
>(386) 446-4469
>(386) 446-6044 facsimile
>ATTORNEYS FOR PLAINTIFF

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



June 19, 2020

Katz & Green PA
1 Florida Park Dr S Ofc
Palm Coast FL 32137-3801

State Farm Claims
PO Box 106171
Atlanta GA 30348-6171

RE:  Claim Number:  59-B138-2W9
     Date of Loss:  August 21, 2019
     Our Insured:   Linda S Johnson
     Your Client:   Eugene Fountain

To Whom It May Concern:

We are in receipt of your request for policy information. In response to your request and in accordance with the recent decision by the Florida 5th DCA in *Progressive v. Rural Metro Ambulance (Nov. 14, 2008)*, please find insurance information regarding policy number 238732059B on the below listed vehicle for the above date of loss.

   Year: 2008   Make/Model: DODGE CHARGER

   **Vehicle Id Number: 2B3KA33G58H328233**

   The name of the insurer:   State Farm Mutual Automobile Insurance Company

   Named Insured(s):   Linda S Johnson

   Coverages:   A 50/100/25,P10,C 10,000,D100,G250,R1 80%/500,U 50/100

      A/B - BI/PD Liability (BI per person/BI per accident/PD)
      P - Personal Injury Coverage
      C - Medical Payments Coverage
      D - Comprehensive
      G - Collision
      H - Emergency Road Service
      R - Rental Coverage
      U - Uninsured Motorist - Stacking
      U3 - Uninsured Motorist - Non-Stacking
      S - Death, Dismemberment and Loss of Sight



59-B138-2W9  
Page 2  
June 19, 2020

The coverages you chose are shown on the declaration page of your policy and the application of those coverages to this loss is determined by the language of your policy contract and endorsements.

The applicable UM Selection/Rejection form is attached.

Policy or coverage defenses known to the Company at this time:  
None

Umbrella or excess insurance known to the Company at this time:  
None

I trust this information will satisfy your request. However, should you need further assistance, please contact Julie Vo at (844) 292-8615 Ext. 9727448967.

Sincerely,

Julie Vo  
Claim Specialist  
(844) 292-8615 Ext. 9727448967  
Fax:    (855) 820-6318

State Farm Mutual Automobile Insurance Company

Enclosure:    UM Selection/Rejection form

For a complete description of the terms, conditions and exclusions applicable to each specific coverage and to determine the coverages that are included in your policy, PLEASE READ YOUR POLICY, INCLUDING ITS DECLARATIONS PAGE, AND ALL ENDORSEMENTS CAREFULLY. These specific terms, conditions, and exclusions control. In providing the above information, we, the State Farm Mutual Automobile Insurance Company, do not intend to waive any policy terms, conditions or exclusions nor do we intend to waive any unstated policy defenses, but rather we specifically reserve all our rights including our right to assert any such policy terms, conditions, exclusions or defenses at any time.