# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

EUGENE FOUNTAINE,

 Plaintiff,

v.  Case No. 3:21-cv-207-MMH-PDB

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

 Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Notice of Dismissal With Prejudice (Dkt. No. 17; Notice) filed on November 18, 2021. In the Notice, the parties request dismissal of this matter with prejudice. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of November, 2021.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record